TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00394-CV

Texas Department of Protective and Regulatory Services and Lilly Benevides, Appellants

v.

David H. Morris and Lynne Berry Morris, Appellees

FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT

NO. 96-0131, HONORABLE DON MORGAN, JUDGE PRESIDING

PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Dismissed on Appellants' Motion

Filed: October 2, 1996

Do Not Publish